UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>          Plaintiff, )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>Jovani MENDEZ-Mellin, )<br> )<br> )<br> )<br> )<br> )<br>          Defendant. ) | Magistrate Docket No.   25mj4388<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about August 13, 2025, within the Southern District of California, Jovani MENDEZ-Mellin, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON August 14, 2025.

HON. VALERIE E. TORRES
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jovani MENDEZ-Mellin

### PROBABLE CAUSE STATEMENT

On August 13, 2025, Border Patrol Agent J. Garcia was conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. Agent Garcia was wearing full rough duty uniform with badge, patches and insignias visible. At approximately 2:23 PM, a digital intrusion device activated in an area near Mine Canyon in Dulzura, California. Agent Garcia responded to the location and discovered shoe prints. Department of Defense (DOD) personnel walked with Agent Garcia as he followed the shoe prints north. A DOD personnel observed an individual in the brush and notified Agent Garcia. Agent Garcia walked to the area and encountered one individual attempting to conceal himself in the brush. A few yards north Agent Garcia encountered two more individuals attempting to conceal themselves in the brush.

After securing all three individuals, Agent Garcia conducted an immigration inspection. All three individuals, including one later identified as the defendant, Jovani MENDEZ-Mellin along with Leandro BARRERAS Corrales (charged elsewhere) stated they were citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 3:20 PM, Agent Garcia placed all three individuals, including MENDEZ, under arrest. This area is approximately 1.5 miles north of the United States/Mexico International Boundary and approximately nine miles east of the Otay Mesa, California Port of Entry.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on August 13, 2025, with an intended destination of Los Angeles, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 14, 2007 through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.